IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff and | ) | |
| Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00559-CV-W-NKL |
| | ) | |
| MH WASHINGTON, LLC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| McCAMBRIDGE BROTHERS | ) | |
| CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| THE DRYWALL GUYS, INC., | ) | |
| | ) | |
| ARROWHEAD CONSTRUCTION, INC., | ) | |
| | ) | |
| SUMMIT STEEL FABRICATORS, INC., | ) | |
| | ) | |
| FIDELITY & DEPOSIT COMPANY OF | ) | |
| MARYLAND, | ) | |
| | ) | |
| Third-Party | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF RULE 26 INITIAL DISCLOSURES OF THIRD-PARTY DEFENDANT THE DRYWALL GUYS, INC.

Comes now third-party defendant The Drywall Guys, Inc. (**"Drywall Guys"**), pursuant to Rule 26(a) and Rule 26(a) and L.R. 26.4, and does hereby certify that the Rule 26 Initial Disclosures of third-party defendant Drywall Guys, were electronically transmitted and mailed, postage pre-paid, this **24th day of May, 2007** to:

{00150391.DOC; 1}   1

| | |
|---|---|
| Andrew M. DeMarea, Esq.<br>Christopher P. Sobba, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>9225 Indian Creek Pkwy, Ste. 1100<br>Overland Park, Kansas 66210<br>**E-Mail: ademarea@stklaw.com**<br>      **csobba@stklaw.com**<br>*Attorneys for plaintiff and third-party plaintiff The Weitz Company, LLC* | J. Scott Kreamer, Esq.<br>Gregory J. Pals, Esq.<br>Michaiah L. Kinzel, Esq.<br>Baker Sterchie Cowden & Rice, LLC<br>2400 Pershing Rd., Ste. 500<br>Kansas City, Missouri 64108<br>**E-Mail:  kreamer@bscr-law.com**<br>       **pals@bscr-law.com**<br>       **kinzel@bscr-law.com**<br>*Attorneys for defendant MH Washington, LLC* |
| Bradley C. Nielsen, Esq.<br>Franke Schultz &Mullen<br>8900 Ward Parkway<br>Kansas City MO 64114<br>**E-Mail: bnielsen@fsrnlawfimi.com**<br>*Co-counsel for separate third-party defendant McCambridge Brothers Construction Company, Inc.* | Jeffrey A. Kennard, Esq.<br>Scharnhorst, Ast & Kennard, PC<br>1000 Walnut St.<br>Suite 1550<br>Kansas City, MO 64106<br>**Email:    jak@sakfirm.com**<br>*Co-counsel for separate third-party defendant McCambridge Brothers Construction Company, Inc.* |
| Susan Linden McGreevy, Esq.<br>David A. Schatz, Esq.<br>Heath A. Hawk, Esq.<br>Husch & Eppenberger LLC<br>1200 Main Street, Suite 2300<br>Kansas City MO 64105<br>**E-Mail: susan.rncgreevyhusch.com**<br>       **david. schatz@husch.com**<br>       **heath.hawk@husch.com**<br>*Attorneys for separate third-party defendant Arrowhead Construction, Inc.* | David A. Schatz, Esq.<br>Husch & Eppenberger LLC<br>1200 Main Street, Suite 2300<br>Kansas City MO 64105<br>**E-Mail: david. schatz@husch.com**<br>*Attorneys for separate third-party defendant Fidelity and Deposit Company of Maryland* |
| Philip Graham<br>Helfrey, Neiers & Jones PC<br>120 S. Central Avenue, Suite 1500<br>Clayton, MO 63105<br>**E-Mail: pgraham@hnjlaw.com**<br>*Attorneys for separate third-party defendant Summit Steel Fabricators, Inc.* | |

IT IS SO CERTIFIED.

SHERMAN TAFF BANGERT
THOMAS & CORONADO, P.C.

By    /s/ S. Michael Thomas
S. Michael Thomas (MBE #25280)
Steven F. Coronado (MBE #36392)
1100 Main Street, Suite 2890
P.O. Box 26530
Kansas City, Missouri 64196
Phone:     (816) 410-6521
Fax:       (816) 471-6642
**E-Mail:    smt@stb-law.com**
           **sfc@stb-law.com**
*CO COUNSEL FOR SEPARATE THIRD-PARTY DEFENDANT THE DRYWALL GUYS, INC.*

HILL, BEAM-WARD, KRUSE, WILSON &
    WRIGHT, LLC


By:    /s/ W. Gregory Wright
W. Gregory Wright (MBE #49545)
8695 College Blvd., Suite 200
Overland Park, KS 66210
Phone:     (913) 339-6888
Fax:       (913) 339-9653
**E-Mail:    gwright@hbwkwlaw.com**
*CO-COUNSEL FOR SEPARATE THIRD-PARTY DEFENDANT THE DRYWALL GUYS, INC.*


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above and foregoing instrument was electronically transmitted this **24th day of May, 2007** to:

| | |
|---|---|
| Andrew M. DeMarea, Esq.<br>Christopher P. Sobba, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>9225 Indian Creek Pkwy, Ste. 1100<br>Overland Park, Kansas 66210<br>**E-Mail: ademarea@stklaw.com**<br>         **csobba@stklaw.com**<br>*Attorneys for plaintiff and third-party plaintiff The Weitz Company, LLC* | J. Scott Kreamer, Esq.<br>Gregory J. Pals, Esq.<br>Michaiah L. Kinzel, Esq.<br>Baker Sterchie Cowden & Rice, LLC<br>2400 Pershing Rd., Ste. 500<br>Kansas City, Missouri 64108<br>**E-Mail: kreamer@bscr-law.com**<br>         **pals@bscr-law.com**<br>         **kinzel@bscr-law.com** |

| | |
|---|---|
| | *Attorneys for defendant MH Washington, LLC* |
| Bradley C. Nielsen, Esq.<br>Franke Schultz &Mullen<br>8900 Ward Parkway<br>Kansas City MO 64114<br>**E-Mail: bnielsen@fsrnlawfimi.com**<br>*Co-counsel for separate third-party defendant McCambridge Brothers Construction Company, Inc.* | Jeffrey A. Kennard, Esq.<br>Scharnhorst, Ast & Kennard, PC<br>1000 Walnut St.<br>Suite 1550<br>Kansas City, MO 64106<br>**Email: jak@sakfirm.com**<br>*Co-counsel for separate third-party defendant McCambridge Brothers Construction Company, Inc.* |
| Susan Linden McGreevy, Esq.<br>David A. Schatz, Esq.<br>Heath A. Hawk, Esq.<br>Husch & Eppenberger LLC<br>1200 Main Street, Suite 2300<br>Kansas City MO 64105<br>**E-Mail: susan.rncgreevyhusch.com<br>     david. schatz@husch.com<br>     heath.hawk@husch.com**<br>*Attorneys for separate third-party defendant Arrowhead Construction, Inc.* | David A. Schatz, Esq.<br>Husch & Eppenberger LLC<br>1200 Main Street, Suite 2300<br>Kansas City MO 64105<br>**E-Mail: david. schatz@husch.com**<br>*Attorneys for separate third-party defendant Fidelity and Deposit Company of Maryland* |
| Philip Graham<br>Helfrey, Neiers & Jones PC<br>120 S. Central Avenue, Suite 1500<br>Clayton, MO 63105<br>**E-Mail: pgraham@hnjlaw.com**<br>*Attorneys for separate third-party defendant Summit Steel Fabricators, Inc.* | |

\_\_\_\_\_/s/ S. Michael Thomas_____
Attorneys for separate third-party defendant
The Drywall Guys, Inc.
